L. Paul Mankin, IV (SBN 264038)
**THE LAW OFFICE OF PAUL MANKIN**
4655 Cass Street, Suite 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FORTINO RAEZ, an individual,** | Case No. **2:17-cv-03017-PA-MRW** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **CREDIT ONE BANK, and DOES 1 through 10, inclusive,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

**NOTICE OF SETTLEMENT**
-1-

1  Respectfully submitted this 19th day of July 2017,

2  By: <u>/s/L. Paul Mankin</u>
3  L. Paul Mankin
   The Law Office of L. Paul Mankin IV
4  Attorney for Plaintiff

1 Filed electronically on this 19th day of July 2017, with:

2 United States District Court CM/ECF system

3 Notification sent electronically via the Court's ECF system to:

4
Honorable Percy Anderson
5 United States District Court
Central District District of California
6
7 Alex A. Wade, Esq.
Carlson & Messer LLP
8 9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
9 Attorney for Defendant

10

11 This 19th day of July 2017,

12 /s/L. Paul Mankin
L. Paul Mankin
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**
-3-