# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORTINO RAEZ, an individual,** | Case No. 2:17-cv-03017-PA-MRW |
| Plaintiff, | **ORDER** |
| vs. | |
| **CREDIT ONE BANK, and DOES 1 through 10, inclusive,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Plaintiff's request to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this 25th day of July, 2017

_____
UNITED STATES DISTRICT JUDGE